# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0018. WASHINGTON v. DUBE.**

In this case involving child custody, appellant appeals from a contempt order issued by the trial court for a violation of its final custody order. On June 7, 2021, however, this Court issued an opinion in which we vacated the trial court's final custody order and remanded the case for additional factual findings consistent with the opinion. Our determination that the underlying order be vacated had the effect of dissolving the contempt order at issue in this appeal. See *Atlanta Journal-Constitution v. Jewell*, 251 Ga. App. 808, 809 (1) (555 SE2d 175) (2001). Accordingly, this appeal is DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/13/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*